U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 25 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION<br>NO. CRV04-10017-A and<br>NO. CR02-10029 |
| VERSUS | |
| CODY FRANKLIN ELLERMAN | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS CONCLUDED that Ellerman's notice of appeal IS DETERMINED TO BE UNTIMELY.

IT IS ORDERED that the case be RETURNED TO THE FIFTH CIRCUIT COURT OF APPEALS FOR FURTHER PROCEEDINGS.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25 day of March, 2009.

```
                                    DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE
```